# UNITED STATES DISTRICT COURT
## District of Minnesota

Christhian Esteven Puell Garcia,

Petitioner,

v.

Kristi Noem, Todd Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-838 (KMM/ECW)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Cristhian P-G's Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**.

2. The Court **DECLARES** that Cristhian P-G is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to **RETURN** Cristhian P-G to Minnesota within 24 hours of this Order, and, upon his return to Minnesota, to immediately release Cristhian P-G in Minnesota, **with all of his personal effects seized during his arrest, including but not limited to immigration paperwork, and without conditions**.

4. Further, the Court **ORDERS** Respondents file a notice on ECF **by no later than 12:00 PM on Monday, February 2, 2026**, certifying that Cristhian P-G has been returned to Minnesota and released. If Cristhian P-G has not been returned to Minnesota and released by that time, then Respondents shall advise the Court about the reasons his return and release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate return and release in Minnesota.

Date: 2/1/2026

KATE M. FOGARTY, CLERK